466 A.2d 721

Commonwealth v. Welch, Appellant.

Submitted October 27, 1982. Barry S. Yaches, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and POPOVICH, JJ.

Judgment of sentence affirmed.